

# Fourth Court of Appeals
## San Antonio, Texas

January 8, 2020

No. 04-19-00544-CV

**IN THE INTEREST OF A.V.T.**, a child,

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 141130350MCV
Honorable Maribel Flores, Judge Presiding

# O R D E R

The Appellant's Unopposed Third Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to January 10, 2019. **Further requests for an extension of time in which to file appellant's brief will be disfavored.**

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of January, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court